**437  LANSING LUMBER COMPANY. vs. CIRCUIT JUDGE (Ingham),**
    No. 15338; 2 D. L. N., 845; 66 N. W., 41.

To vacate an order closing proofs in a case where an order had been entered March 18, 1895, providing for the taking of proofs within sixty days.  At the expiration of that time another like order was entered.  Complainant commenced to take proofs in June and concluded July 9, when the further taking of proofs was postponed until July 31 and again until August 6, when upon application by defendants a further extension of time was granted by the circuit court commissioner.  Complainant thereupon entered an order closing proofs, which the Circuit Court refused to vacate.

Granted, without costs, February 7, 1896.

**438  MEYER ET AL. vs. CIRCUIT JUDGE (Washtenaw), No. 15238½.**

To vacate an order permitting complainant to file replication to an answer, and allowing proofs to be taken in open court after time fixed by rules had passed and case had been noticed for hearing on bill and answer.

Denied November 19, 1895.

**439  WAGER ET AL. vs. CIRCUIT JUDGE (Osceola), No. 13387½.**

To vacate order allowing further proofs to be taken in a chancery cause, after the same had been submitted, on the ground of the insufficiency of the showing made therefor.

Order to show cause denied April 4, 1893.